```
Court Name: United States District Court
Division: 1
Receipt Number: 14603061770
Cashier ID: rbroaden
Transaction Date: 09/26/2016
Payer Name: JENNER AND BLOCK
----------------------------------------
CIVIL FILING FEE
 For: JENNER AND BLOCK
 Amount:         $400.00
----------------------------------------
CHECK
 Remitter: JENNER AND BLOCK
 Check/Money Order Num: 5821
 Amt Tendered: $400.00
----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

FILING FEE
116CV1218
```