AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED

2016 SEP 27 P 1:41

| | |
|---|---|
| POONAM BAXLA ) ) ) ) ) *Plaintiff(s)* ) v. ) ASMA CHAUDHRI, ) SHAHZAD CHAUDHRI ) ) ) *Defendant(s)* ) | Civil Action No. 1:16-cv-1218 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ASMA CHAUDHRI
3308 SLEEPY HOLLOW RD
FALLS CHURCH, VA 22044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MICHAEL LOWMAN
JENNER & BLOCK LLP
1099 NEW YORK AVE NW # 900
WASHINGTON, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED

2016 SEP 27 P 1:41

| | | |
|---|---|---|
| POONAM BAXLA | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:16- cv-1218 |
| ASMA CHAUDHRI, SHAHZAD CHAUDHRI | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
SHAHZAD CHAUDHRI
3308 SLEEPY HOLLOW RD
FALLS CHURCH, VA 22044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MICHAEL LOWMAN
JENNER & BLOCK LLP
1099 NEW YORK AVE NW # 900
WASHINGTON, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*